PEOPLE V KYALL ALDRICH, No. 137471. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285294.

HATHAWAY, J., did not participate.

PEOPLE V THOMAS KERN, No. 137472; Court of Appeals No. 286837.

HATHAWAY, J., did not participate.

PEOPLE V BENAK, No. 137476; Court of Appeals No. 286480.

HATHAWAY, J., did not participate.

PAYNE V COUNTRYMARK COOPERATIVE, No. 137479; Court of Appeals No. 283948.

HATHAWAY, J., did not participate.

PEOPLE V BRYAN FRITZ, No. 137490; Court of Appeals No. 276686.

HATHAWAY, J., did not participate.

DEPARTMENT OF TRANSPORTATION V CBS OUTDOOR, INC, No. 137496; Court of Appeals No. 283733.

HATHAWAY, J., did not participate.

PEOPLE V SOLIVAN, No. 137498; Court of Appeals No. 277829.

HATHAWAY, J., did not participate.

PEOPLE V LEACHMAN, No. 137499; Court of Appeals No. 286347.

HATHAWAY, J., did not participate.

PEOPLE V DARRIN WILSON, No. 137503; Court of Appeals No. 278875.

HATHAWAY, J., did not participate.

PEOPLE V MARQUIS THOMAS, No. 137504; Court of Appeals No. 277256.

HATHAWAY, J., did not participate.

PEOPLE V DIONTA HILL, No. 137507; Court of Appeals No. 287211.

HATHAWAY, J., did not participate.

PEOPLE V LONNIE WARREN, No. 137514; Court of Appeals No. 278897.

HATHAWAY, J., did not participate.

PEOPLE V ATKINSON, No. 137515; Court of Appeals No. 286715.

HATHAWAY, J., did not participate.

BAUBLIS V STANFORD, No. 137530; Court of Appeals No. 282793.

HATHAWAY, J., did not participate.

PEOPLE V CLAUDE MORRIS, No. 137538; Court of Appeals No. 277148.

HATHAWAY, J., did not participate.

ALBRIGHT-WHITEHEAD V LEO'S CONEY ISLAND, No. 137541; Court of Appeals No. 284786.

HATHAWAY, J., did not participate.